IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAR ANTOINE FOSTER,

    Petitioner,               No. 2: 12-cv-1477 JFM (HC)

    vs.

MATTHEW CATE,

    Respondent.             ORDER TO SHOW CAUSE

_____/

         Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 9, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's November 9, 2012 motion to dismiss should not be granted.

DATED: February 7, 2013.

                                                 UNITED STATES MAGISTRATE JUDGE

14
fost1477.46.hab

1